THE LAW OFFICES OF PETER KNAPMAN
A Law Corporation

PETER KNAPMAN             6926-0
PO Box 37005
Honolulu, Hawai`i  96837
Telephone: (808) 738-9380
E-mail:   peter@peterknapman.com

Counsel for Defendant
PNC BANK, NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL NOAH KEONI LEVITZ; WESTGATE FAMILY PHYSICIANS; FORECLOSURE FUNDING GROUP, LLC; BANK OF AMERICA, N.A.; JANELLE WEBB, TRUSTEE OF THE SCRAPPY DU TRUST; STATE OF HAWAII - DEPARTMENT OF TAXATION; CITY AND COUNTY OF HONOLULU - DEPARTMENT OF PLANNING AND PERMITTING; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE | Civil No. 24-cv-00468-JMS-RT<br><br>**PLAINTIFF PNC BANK, N.A.'S MOTION TO STRIKE "COMPLAINT," OR IN THE ALTERNATIVE, DISMISS COMPLAINT WITH PREJUDICE FOR LACK OF JURISDICTION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PETER KNAPMAN, ESQ.; EXHIBITS A - Y; CERTIFICATE OF SERVICE** |

1332208.3

ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50,

        Defendants.

_____

SAMUEL NOAH KEONI LEVITZ,

        Counterclaim Plaintiff

vs.

BANK OF NEW YORK MELLON; PNC BANK, NATIONAL ASSOCIATION; FRANCINE KINCAID, INDIVIDUALLY AND AS OFFICER OF BANK OF NEW YORK MELLON; ROBERT Q. REILLY, INDIVIDUALLY AND AS CFO OF PNC BANK, N.A.

        Counterclaim Defendants

### PNC BANK, N.A.'S MOTION TO STRIKE "COMPLAINT," OR IN THE ALTERNATIVE, TO DISMISS COMPLAINT WITH PREJUDICE FOR LACK OF JURISDICTION

State Court Plaintiff, PNC BANK, N.A. ("PNC"), by and through its undersigned counsel, and pursuant to Rule 12(f) and 12(b)(1) &(6) of the Federal Rules of Civil Procedure ("Rule(s)"), hereby moves this Court to strike LEVITZ'

1332208.3

2

"Complaint", or alternatively dismiss the Complaint, filed October 30, 2024 [D.E. 1] for lack of jurisdiction.

This motion is brought pursuant to Rule 12(f), 12(b)(1) & (6) of the Federal Rules of Civil Procedure and Local Rules 7.1 and is based upon the Memorandum in Support of this motion, the Declaration of Counsel, and the pleadings and record herein.

DATED: Honolulu, Hawai`i, December 6, 2024.

/s/ Peter Knapman, Esq.
_____
PETER KNAPMAN, ESQ.
Attorney for Defendant
 PNC BANK, NATIONAL ASSOCIATION

1332208.3

3