IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL NOAH KEONI LEVITZ, et al.,<br><br>Defendants. | CV 24-00468 DKW-KJM |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 17, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff PNC Bank, National Association's Request for Attorneys' Fees", ECF No. 25, are ADOPTED as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: April 4, 2025 at Honolulu, Hawaii.



Derrick K. Watson
Chief United States District Judge